# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **EDISON GUSTAVO CHORLANGO FARINANGO,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **TODD LYONS, IN HIS CAPACITY AS ACTING DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, U.S. ATTORNEY GENERAL; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, (EOIR); AND WARDEN, ERO EL PASO CAMP EAST MONTANA, EL PASO, TEXAS,** | § | **No. 3:26-CV-00508-LS** |
| | § | |
| ***Respondents*.** | § | |

## ORDER FOR SERVICE

Petitioner Edison Gustavo Chorlango Farinango challenges his custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] His petition raises issues which require Respondents to show cause why the court should not grant the relief Petitioner seeks.[2]

Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas. Due to the government's need to review its records, the Court will extend the show-cause deadline pursuant to 28 U.S.C. § 2243.

---

[1] ECF No. 1.

[2] *See* 28 U.S.C. § 2243.

Respondents shall show cause by **March 16, 2026**, why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 23, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**